SIMPSON THACHER & BARTLETT LLP
David Zylberberg
425 Lexington Avenue
New York, NY 10017
Tel: (212) 455-3702
Fax: (212) 455-2502
david.zylberberg@stblaw.com

*Attorney for Defendants Gulf Underwriters Insurance Company and St. Paul Fire and Marine Insurance Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |
| PURDUE PHARMA L.P., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AIG SPECIALTY INSURANCE COMPANY (F/K/A AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY), *et al.*,<br><br>Defendants. | Adv. Pro. No. 21-07005 (RDD) |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that David Zylberberg of the law firm of Simpson Thacher & Bartlett LLP hereby appears as counsel for Defendants Gulf Underwriters Insurance Company and St. Paul Fire and Marine Insurance Company in this action and requests that all subsequent papers be served upon this firm at the address indicated below.

Dated: New York, New York
       August 3, 2021

SIMPSON THACHER & BARTLETT LLP

*/s/ David Zylberberg*
David Zylberberg
425 Lexington Avenue
New York, NY 10017
Tel: (212) 455-3702
Fax: (212) 455-2502
david.zylberberg@stblaw.com

*Attorney for Defendants Gulf Underwriters Insurance Company and St. Paul Fire and Marine Insurance Company*