UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>Debtors.[1/] | Chapter 11<br><br>Bankruptcy Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |
| Purdue Pharma L.P., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AIG Specialty Insurance Co (f/k/a American International Specialty Lines Insurance Company), *et al.*,<br><br>Defendants. | Adv. Pro. No. 21-07005 (RDD) |

**NOTICE OF SUBPOENA DIRECTED TO AND SERVED
UPON AMERICAN SOCIETY OF ADDICTION MEDICINE**

**PLEASE TAKE NOTICE** that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, made applicable to this proceeding by Rule 9016 of the Federal Rules of Bankruptcy Procedure, Defendants Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, and Liberty Insurance Corporation (collectively the "Liberty Mutual"), by and through their undersigned counsel, intends to serve a Subpoena to Produce Documents, Information, or

---

[1/] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

Objects in the above-captioned case on American Society of Addiction Medicine on May 16, 2022 or as soon thereafter as service may be effectuated. A copy of the Subpoena is attached as Exhibit 1.

Dated: New York, New York

      May 16, 2022

                COZEN O'CONNOR
Frederick E. Schmidt, Jr.
Mark E. Felger
3 WTC, 175 Greenwich Street, 55th Floor
New York, NY 10007
(212) 883-4900
eschmidt@cozen.com
mfelger@cozen.com

-and-

*/s/ Nicholas Cramb*
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
Kim V. Marrkand
Nicholas C. Cramb
One Financial Center
Boston, MA 02111
Tel: (617) 542-6000
Fax: (617) 542-2241
KMarrkand@mintz.com
NCCramb@mintz.com

*Co-Counsel for Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, and Liberty Insurance Corporation*

2

LEGAL\57971158\1