**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>Debtors.[1/] | Chapter 11<br><br>Bankruptcy Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |
| Purdue Pharma L.P., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AIG Specialty Insurance Co (f/k/a American International Specialty Lines Insurance Company), *et al.*,<br><br>Defendants. | Adv. Pro. No. 21-07005 (RDD) |

**CERTIFICATION OF SERVICE REGARDING**
**NOTICE OF SUBPOENA DIRECTED TO AND SERVED**
**UPON AMERICAN SOCIETY OF ADDICTION MEDICINE**

I, Frederick E. Schmidt, Jr., hereby certify that on the 16th day of May, 2022, the following document was electronically filed with the Court using the Court's Case Management/Electronic Case Files System (CM/ECF) and served via the Court's CM/ECF system on the registered

---

[1/] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

LEGAL\56582897\1

participants that have consented to electronic service of all court filings in the above-captioned matter.

- Notice of Subpoena Directed to and Served Upon American Society of Addiction Medicine

Dated: May 16, 2022
New York, New York

        COZEN O'CONNOR

*/s/ Frederick E. Schmidt, Jr.*
Frederick E. Schmidt, Jr.
Mark E. Felger
3 WTC, 175 Greenwich Street, 55th Floor
New York, NY 10007
(212) 883-4900
eschmidt@cozen.com
mfelger@cozen.com

-and-

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
Kim V. Marrkand
Nicholas C. Cramb
One Financial Center
Boston, MA 02111
Tel: (617) 542-6000
Fax: (617) 542-2241
KMarrkand@mintz.com
NCCramb@mintz.com

*Co-Counsel for Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, and Liberty Insurance Corporation*