UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>Debtors.[1/] | Chapter 11<br><br>Bankruptcy Case No. 19-23649 (SHL)<br><br>(Jointly Administered) |
| Purdue Pharma L.P., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AIG Specialty Insurance Co (f/k/a American International Specialty Lines Insurance Company), *et al.*,<br><br>Defendants. | Adv. Pro. No. 21-07005 (SHL) |

## CERTIFICATE OF SERVICE

I, Frederick E. Schmidt, Jr., hereby certify that on the 17th day of August, 2022, the following document was electronically filed with the Court using the Court's Case Management/Electronic Case Files System (CM/ECF) and served via the Court's CM/ECF system on the registered participants that have consented to electronic service of all court filings in the above-captioned matter:

- Letter to the Honorable Sean H. Lane regarding submission of jointly proposed amendments to Scheduling and Pre-Trial Order [Adv. D.I. 224] (the "Letter re: Joint Proposed Amended Scheduling and Pre-Trial Order")

---

[1/] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

LEGAL\59186771\1

I further certify that I caused a copy of the Letter re: Joint Proposed Amended Scheduling and Pre-Trial Order to be served on the 17th day of August, 2022 via email transmission on the following parties as identified on the email service list attached hereto as Exhibit "A":

All Insurer Counsel

Debtors' Counsel
    (Paul E. Breene (pbreene@reedsmith.com)

Counsel to the Official Committee of Unsecured Creditors
    Justin Alberto (jalberto@coleschotz.com)

Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants
    Richard J. Leveridge (leveridger@gilbertlegal.com)
    Richard Shore (shorer@gilbertlegal.com)
    Jason S. Rubinstein (rubinsteinj@gilbertlegal.com)

Dated: New York, New York
      August 17, 2022

    COZEN O'CONNOR

    */s/ Frederick E. Schmidt, Jr.*
    Frederick E. Schmidt, Jr.
    Mark E. Felger
    3 WTC, 175 Greenwich Street, 55th Floor
    New York, NY 10007
    Tel: (212) 883-4900
    eschmidt@cozen.com
    mfelger@cozen.com

    -and-

    MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
    Kim V. Marrkand
    Nicholas C. Cramb
    One Financial Center
    Boston, MA 02111
    Tel: (617) 542-6000
    KMarrkand@mintz.com
    NCCramb@mintz.com

    *Co-Counsel for Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, and Liberty Insurance Corporation*

**EXHIBIT "A"**

Rubinstein, Jason S. <rubinsteinj@gilbertlegal.com>;
Anthony Crawford <ACrawford@ReedSmith.com>;
Paul Breene <PBreene@ReedSmith.com>;
Leveridge, Richard <leveridger@gilbertlegal.com>;
Shore, Richard <shorer@gilbertlegal.com>;
Justin Alberto <jalberto@coleschotz.com>;
Purdue UCC Insurance <PurdueUCCInsurance@akingump.com>;
Ann V. Kramer <AKramer@ReedSmith.com>;
Lisa Szymanksi <LSzymanski@ReedSmith.com>;
Sraders, Sarah <SradersS@gilbertlegal.com>;
Usatine, Warren <WUsatine@coleschotz.com>;
Gaske, Alison<gaskea@gilbertlegal.com>; '
Rush, Michael B. <rushm@gilbertlegal.com>;
Mitch Auslander <mauslander@willkie.com>;
Joseph Davis <JDavis@willkie.com>;
Christopher St. Jeanos <cstjeanos@willkie.com>;
James Fitzmaurice <jfitzmaurice@willkie.com>;
Higginbotham, Katherine <KHigginbotham@willkie.com>;
Riley Mendoza <RMENDOZA@shb.com>;
Katy Guinn <katy.guinn@dentons.com>;
Kristi Nolley <knolley@batescarey.com>;
Conor Mercadante <Conor.Mercadante@stblaw.com>;
Colleen Sorensen <csorensen@hww-law.com>;
Patrick Maxcy <patrick.maxcy@dentons.com>;
Cramb, Nicholas NCCramb@mintz.com;
Marrkand, Kim <KVMarrkand@mintz.com>;
Bryce Friedman <bfriedman@stblaw.com>; '
Adam Fleischer <afleischer@batescarey.com>;
R Patrick Bedell <rbedell@BatesCarey.com>;
Isley Gostin <isley.gostin@wilmerhale.com>;
Mark D. Plevin <mplevin@crowell.com>;
Richard Geddes <richard.geddes@kennedyslaw.com>;
Kent Wilson <kwilson@wilson-ryan.com>;
Frederick Schmidt <ESchmidt@cozen.com>;
Mark Felger <mfelger@cozen.com>;
Peter Roberts <proberts@cozen.com>;
Lee Siegel <lss@hurwitzfine.com>;
Dan D. Kohane <DDK@hurwitzfine.com>;
Joseph A. Hinkhouse <jhinkhouse@hww-law.com>;
Kelly Tsai <KTsai@crowell.com>;
James Zeevi <JZeevi@crowell.com>;
Bill Russell <wrussell@stblaw.com>;
Rothman, Joel <JDRothman@mintz.com>;
Scheiderer, Jason R. <jason.scheiderer@dentons.com>;

Limbacher, Bob (SHB) <rlimbacher@shb.com>;
Keith Moskowitz <keith.moskowitz@dentons.com>;
Yara Rashad <YRASHAD@shb.com>;
Bradham, Erin E. <erin.bradham@dentons.com>;
Sarah Phillips <Sarah.Phillips@stblaw.com>;
Thomas, Natali P. <nthomas@BatesCarey.com>;
Zadek, Alec <AZadek@mintz.com>;
Thompson, Monica R. <monica.thompson@dentons.com>;
David E. Schoenfeld <dschoenfeld@shb.com>;
Lynn H. Murray <LHMURRAY@shb.com>;
Genevieve DiSpirito <GDiSpirito@willkie.com>

LEGAL\59186771\1